IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| IN RE: | * CASE NO.: **11-51791-MHM** |
|---|---|
| **Iris Elene Bluford,** | * |
|  | * CHAPTER: 7 |
|  | * |
| Debtor | * |

### CERTIFICATE OF SERVICE

I certify that I am 18 years old and not a party to the above-styled Chapter 7 proceeding. I further certify that I have this date served the following parties with a copy of the within and foregoing "Debtor's Statement of Intentions", by electronic case filing and/or by placing true copies of the same in the United States Mail with adequate postage affixed to insure delivery addressed to:

Iris Bluford
2767 Lakeside Dr.
Conyers, GA 30094

GMAC Mortgage
P.O. Box 4622
Waterloo IA  50704

GMAC Mortgage
P.O. Box 4622
Waterloo IA  50704

Dated:

 /s/ Megan Burks
Megan Burks

Clark & Washington, P.C.
3300 Northeast Expressway
Building 3 Suite A
Atlanta, GA 30341
404-522-2222